ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 APR 28 PM 3:42

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| INSITE VIDALIA, L.L.C., an Illinois limited liability company, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. CV604-125 |
| TUMI, INC., f/k/a TUMI LUGGAGE, INC., a New Jersey corporation | § § § § | |
| Defendant. | § § | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW INSITE VIDALIA, L.L.C., Plaintiff in that above-entitled action, by and through its counsel, and files this voluntary dismissal against Defendant, TUMI, INC., f/k/a TUMI LUGGAGE, INC., of the Complaint filed in the above-captioned case, with prejudice, with each party to bear their own costs.

This 28th day of April, 2005.

EDENFIELD, COX, BRUCE & CLASSENS, P.C.

SUSAN W. COX by Charles P. Aaron
SUSAN W. COX                with express
Georgia State Bar No. 738550    permission

CHARLES P. AARON
Georgia State Bar No. 000031

Approved by:

_____
Judge, United States District Court

Attorneys for Plaintiff
115 Savannah Avenue
P. O. Box 1700
Statesboro, GA 30459
(912) 764-8600

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY -4 P 2:36

16

```
                    UNITED STATES DISTRICT COURT
                      Southern District of Georgia


        Case Number:     6:04-cv-00125
        Date Served:     May 4, 2005
        Served By:

Attorneys Served:

        Donald A. Loft, Esq.
        Susan Warren Cox, Esq.
        Charles Patrick Aaron, Esq.
        Scott S. Markowitz, Esq.
        Wallace E. Harrell, Esq.




                                        _____ Copy placed in Minutes

                                        _____ Copy given to Judge

                                        _____ Copy given to Magistrate
```